Nix, sheriff, *et al. v.* Guthrie.

Fish, C. J. This case on its facts is controlled by the decision rendered in *Guthrie* v. *Clyatt, ante,* 427 (114 S. E. 808).

*Judgment reversed. All the Justices concur.*

No. 3021. December 16, 1922.

Equitable petition. Before Judge Eve. Berrien superior court. November 9, 1922.

*J. C. Smith* and *R. A. Hendricks,* for plaintiffs in error.

*John P. & Dewey Knight, R. D. Smith,* and *H. J. Quincey,* contra.